**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carvel Anthony Redmond                    CHAPTER
      Jacqueline S. Redmond

         <u>Debtor(s)</u>                                       BKY. NO. 23-10302AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                             Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Feb 2023, 12:16:15, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322