United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-10302-amc

Carvel Anthony Redmond  Chapter 13

Jacqueline S. Redmond

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 23, 2023 | Form ID: 309I | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |
| tr | ++ | SCOTT F WATERMAN CHAPTER 13 TRUSTEE, 2901 ST LAWERENCE AVE, SUITE 100, READING PA 19606-2265 address filed with court:, SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606 |
| 14753235 | + | Bryant State Bank, 2700 Cahaba Village Plaza, Birmingham, AL 35243-5953 |
| 14753250 | + | First Saving Bank, 301 Southern Indiana Avenue, Jeffersonville, IN 47130-3204 |
| 14753251 | | First Savings Credit Card, 1500 S. Highland Avenue, Sioux Falls, SD 57110 |
| 14753258 | | Nissan Motor Acceptance Corp., PO Box 740596, Cincinnati, OH 45274-0596 |
| 14753259 | + | OneMain, 3400 Aramingo Avenue, Philadelphia, PA 19134-4531 |
| 14753264 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14753267 | # | Portfolio Recovery, 287 Independence B, Virginia Beach, VA 23462-2962 |
| 14753269 | #+ | Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962 |
| 14753271 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: midusa1@comcast.net | Feb 24 2023 00:05:00 | MICHAEL D. SAYLES, Sayles and Associates, 427 West Cheltenham Avenue, Suite #2, Elkins Park, PA 19027-3201 |
| tr | Email/Text: Info@ReadingCh13.com | Feb 24 2023 00:05:00 | SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606 |
| smg | Email/Text: megan.harper@phila.gov | Feb 24 2023 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Feb 24 2023 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 24 2023 00:05:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14753236 | EDI: CAPITALONE.COM | Feb 24 2023 05:04:00 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753240 | + EDI: PHINGENESIS | Feb 24 2023 05:04:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |

Case 23-10302-amc    Doc 16    Filed 02/25/23    Entered 02/26/23 00:33:31    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 309I | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 14753272 | Email/Text: cfcbackoffice@contfinco.com | Feb 24 2023 00:05:00 | TBOM, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 14753237 | EDI: CAPITALONE.COM | Feb 24 2023 05:04:00 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 14753238 | + EDI: CAPITALONE.COM | Feb 24 2023 05:04:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14753239 | + EDI: CAPONEAUTO.COM | Feb 24 2023 05:04:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14753241 | + EDI: COMCASTCBLCENT | Feb 24 2023 05:04:00 | Comcast, 1700 North 49th Street, Philadelphia, PA 19131-4791 |
| 14753242 | EDI: WFNNB.COM | Feb 24 2023 05:04:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753243 | + EDI: WFNNB.COM | Feb 24 2023 05:04:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753245 | Email/Text: BNSFN@capitalsvcs.com | Feb 24 2023 00:05:00 | First National Credit, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14753234 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 24 2023 00:05:00 | Blaze Credit Card, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14753233 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 24 2023 00:05:00 | Blaze Credit Card, PO box 2534, Omaha, NE 68103-2534 |
| 14753244 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 24 2023 00:05:00 | First National Bank, 4140 E State Road, Hermitage, PA 16148-3401 |
| 14753246 | + EDI: AMINFOFP.COM | Feb 24 2023 05:04:00 | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 14753247 | EDI: AMINFOFP.COM | Feb 24 2023 05:04:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14753248 | EDI: AMINFOFP.COM | Feb 24 2023 05:04:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14753249 | + Email/Text: bankruptcy@fsbbank.net | Feb 24 2023 00:05:00 | First Saving Bank, 702 North Shore Drive, Suite 300, Jeffersonville, IN 47130-3146 |
| 14753252 | Email/Text: bankruptcy@hsn.net | Feb 24 2023 00:05:00 | HSN Credit Department, PO Box 9090, Clearwater, FL 33758-9090 |
| 14753253 | + EDI: PHINGENESIS | Feb 24 2023 05:04:00 | Indigo-Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 14758318 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2023 00:12:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14753254 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2023 00:12:44 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 14753255 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2023 00:12:44 | Merrick Bank, 10705 Jordan GTW, Suite 200, South Jordan, UT 84095-3977 |
| 14753256 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2023 00:12:45 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14753257 | + EDI: PHINGENESIS | Feb 24 2023 05:04:00 | Milestone, PO Box 4477, Beaverton, OR 97076-4401 |
| 14753261 | + Email/Text: bankruptcygroup@peco-energy.com | Feb 24 2023 00:05:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14753265 | Email/Text: blegal@phfa.org | Feb 24 2023 00:05:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| 14753266 | + Email/Text: bncnotifications@pheaa.org | Feb 24 2023 00:05:00 | PHFA-HEMAP, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14753260 | + Email/Text: bankruptcygroup@peco-energy.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 309I | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 24 2023 00:05:00 | Peco, Bankruptcy Group, 100 Constitution Avenue, 2nd floor, Upper Darby, PA 19082-2230 |
| 14753262 | + | Email/PDF: ebnotices@pnmac.com | Feb 24 2023 00:13:06 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14753263 | | Email/PDF: ebnotices@pnmac.com | Feb 24 2023 00:12:55 | Pennymac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 14753268 | + | EDI: PRA.COM | Feb 24 2023 05:04:00 | Portfolio Recovery & Affilates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14757618 | | EDI: Q3G.COM | Feb 24 2023 05:04:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14753270 | | Email/Text: BNBSB@capitalsvcs.com | Feb 24 2023 00:05:00 | Show Master Card, PO Box 5161, Sioux Falls, SD 57117-5161 |
| 14753273 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 24 2023 00:05:00 | TBOM, PO Box 105555, Atlanta, GA 30348-5555 |
| 14753274 | | Email/Text: bknotice@upgrade.com | Feb 24 2023 00:05:00 | Upgrade Inc, 275 Battery Street, 23 floor, San Francisco, CA 94111 |
| 14753275 | | Email/Text: megan.harper@phila.gov | Feb 24 2023 00:05:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL D. SAYLES | on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL D. SAYLES | on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 23, 2023 | Form ID: 309I | Total Noticed: 51 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Carvel Anthony Redmond<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1757<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Jacqueline S. Redmond<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9101<br>EIN: __–_____ | |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed for chapter: | 13   2/1/23 |
| Case number: 23–10302–amc | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carvel Anthony Redmond | Jacqueline S. Redmond |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1053 Granite Street<br>Philadelphia, PA 19124 | 1053 Granite Street<br>Philadelphia, PA 19124 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. SAYLES<br>Sayles and Associates<br>427 West Cheltenham Avenue, Suite #2<br>Elkins Park, PA 19027–3201 | Contact phone (215) 635–2270<br>Email: midusa1@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br>Contact phone (215)408–2800<br>Date: 2/23/23 |

**For more information, see page 2**

Official Form 309I          **Notice of Chapter 13 Bankruptcy Case**          page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 24, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/23/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/12/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/31/23** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $200.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/3/23** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |