THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 019999061
Employee ID: 00000-32176
Organization: 5500
Check Date: 01/06/2023

JACQUELINE REDMOND
1053 GRANITE ST
PHILADELPHIA PA  19124-1821

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| JACQUELINE REDMOND | | 40 | 00000-32176 | 12/30/2022 | 01/06/2023 | 1,563.26 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC2D 120-149 | 550 | 5500 | 1,201.01 | 1,318.98 | 1,318.98 | 1,310.73 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 019999061 | 1,201.01 | 1,299.31 | 1,299.31 | | 1,310.73 | | 985.53 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,563.26 | FEDERAL TAX | 3.94 | 3.94 |
| RESERVE ACCR | | | -252.53 | FICA | 80.56 | 80.56 |
| | | | | FICA MED | 18.84 | 18.84 |
| | | | | STATE TAX | 39.88 | 39.88 |
| | | | | CITY TAX RES | 49.98 | 49.98 |
| | | | | RETIREMENT | 98.30 | 98.30 |
| | | | | PFT DUES | 13.11 | 13.11 |
| | | | | UNEMPL TAX | 0.92 | 0.92 |
| | | | | SLRY MED DED | 19.67 | 19.67 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.20 | 23.20 | 2.00 | LEGAL FRINGE | 8.25 | 8.25 |
| EXCESS PL | 2.50 | 0.50 | 2.00 | | | |
| FROZEN PL | 43.16 | | 43.16 | | | |
| PERS ILL | 249.19 | 109.50 | 139.69 | | | |
| DIR QUAR LV | | 7.00 | -7.00 | | | |

ALL PI., PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 019979216
Employee ID: 00000-32176
Organization: 5500
Check Date: 12/23/2022

JACQUELINE REDMOND
1053 GRANITE ST
PHILADELPHIA PA  19124-1821

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| JACQUELINE REDMOND | | 40 | 00000-32176 | 12/16/2022 | 12/23/2022 | 1,563.26 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC2D 120-149 | 550 | 5500 | 35,512.38 | 38,757.48 | 38,757.48 | 38,592.48 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 019979216 | 1,201.01 | 1,299.31 | 1,299.31 | | 1,310.73 | | 983.66 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,563.26 | FEDERAL TAX | 3.94 | 561.54 |
| RESERVE ACCR | | | -252.53 | FICA | 80.56 | 2,371.92 |
| | | | | FICA MED | 18.84 | 554.72 |
| | | | | LIFE INS | 2.00 | 24.00 |
| | | | | STATE TAX | 39.88 | 1,174.34 |
| | | | | CITY TAX RES | 49.98 | 1,477.00 |
| | | | | RETIREMENT | 98.30 | 2,744.39 |
| | | | | PFT DUES | 13.11 | 385.90 |
| | | | | UNEMPL TAX | 0.79 | 23.14 |
| | | | | SLRY MED DED | 19.67 | 500.71 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.20 | 23.20 | 2.00 | LEGAL FRINGE | 8.25 | 165.00 |
| EXCESS PL | 2.50 | 0.50 | 2.00 | | | |
| FROZEN PL | 43.16 | | 43.16 | | | |
| PERS ILL | 249.19 | 109.50 | 139.69 | | | |
| DIR QUAR LV | | 7.00 | -7.00 | | | |

ALL P.I., PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.