UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Carvel Anthony Redmond<br>    Jacqueline S. Redmond<br><br>    Debtors | Chapter 13<br>Bankruptcy No.23-10302-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 11th day of May, 2023, by first class mail upon those listed below:

Carvel Anthony Redmond
Jacqueline S. Redmond
1053 Granite Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

MICHAEL D SAYLES  ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK, PA  19027-3201

> */s/ Kristen Gliem*
> Kristen Gliem
> for
> Scott F. Waterman, Esquire
> Standing Chapter 13 Trustee