**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>　　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　　Movant<br>　　　　　　v.<br>Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>　　　　　　and<br>Scott F. Waterman<br>　　　　　　　　　　　Respondents | BK NO. 23-10302 AMC<br><br>**Chapter 13**<br><br>**Related to Document No. 28**<br><br>**Hearing Date: June 14, 2023**<br><br>**Hearing Time: 11:00 AM - Mot Loan Mod**<br><br>**Objection Deadline:  May  25, 2023** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION TO APPROVE LOAN MODIFICATION**

　　　　I, Mark A. Cronin, Esquire, herby certify that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification and the Notice of Hearing filed and served on May 12, 2023, has been received. Mark A. Cronin, Esquire, further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification were to be filed and served no later than May 25, 2023. It is hereby respectfully requested that the order attached to the Motion to Approve Loan Modification be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　**/s/ Mark A. Cronin, Esquire_____**
　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 58240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　Phone: 215-825-6306, Fax: 215-825-6406
　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

**Date: June 13, 2023**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Carvel Anthony Redmond<br>　　　　Jacqueline S. Redmond<br>　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　Movant<br>　　　　　　v.<br>Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>　　　　　　　and<br><br>Scott F. Waterman<br>　　　　　　　　Respondents | CHAPTER 13<br>BK NO: 23-10302 AMC |

**CERTIFICATE OF SERVICE**

　　　I, the undersigned, certify that I served or caused to be served, on June 13, 2023, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Scott F. Waterman
2901 St. Lawrence Ave. (VIA ECF)
Suite 100
Reading, PA 19606

Michael D. Sayles Esq.
427 West Cheltenham Ave. (VIA ECF)
Elkins Park, PA 19027


Date:  June 13, 2023

　　　　　　　　　　　　　　　　　　　　　　**/s/ Mark A. Cronin, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 58240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　Phone: 215-825-6306, Fax: 215-825-6406
　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant