IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>CARVEL ANTHONY REDMOND, and JACQUELINE S. REDMOND,<br><br>   Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION, FKA NISSAN-INFINITI LT,<br><br>   Movant,<br><br>       v.<br><br>CARVEL ANTHONY REDMOND, JACQUELINE S. REDMOND, and SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 23-10302-amc<br><br>Chapter 13<br><br>Document No. |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Nissan Motor Acceptance Company LLC, FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2022 Nissan Rogue Utility 4D Platinum AWD Turbo, VIN# JN8BT3DDXNW271607.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Thursday, June 29, 2023**, you, or your attorney must do **all** of the following:

        (a) file an answer explaining your position at:

            Clerk, U.S. Bankruptcy Court
            Robert C. Nix Bldg. Suite 201
            900 Market Street
            Philadelphia, PA  19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorneys:

> Keri P. Ebeck, Esquire
> Bernstein-Burkley, P.C.
> 601 Grant Street, 9th Floor
> Pittsburgh, PA  15219

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **Wednesday, July 19, 2023 at 11:00 A.M.** in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

> Respectfully submitted,
>
> BERNSTEIN-BURKLEY, P.C.
>
> By: /s/ Keri P. Ebeck
> Keri P. Ebeck, Esq.
> PA I.D. # 91298
> kebeck@bernsteinlaw.com
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> Phone (412) 456-8112
> Fax: (412) 456-8135
>
> *Counsel for Nissan Motor Acceptance Company LLC, FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT*

Dated: June 15, 2023