IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>CARVEL ANTHONY REDMOND, and JACQUELINE S. REDMOND,<br><br>　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION, FKA NISSAN-INFINITI LT,<br><br>　　Movant,<br><br>　　　　v.<br><br>CARVEL ANTHONY REDMOND, JACQUELINE S. REDMOND, and SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | Bankruptcy No. 23-10302-amc<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the June 15, 2023, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>1053 Granite Street<br>Philadelphia, PA 19124 | Michael D. Sayles<br>Sayles and Associates<br>427 West Cheltenham Avenue, Suite #2<br>Elkins Park, PA 19027-3201 |
| Scott F. Waterman<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Phone (412) 456-8112
　　　　　　　　　　　　　　　　　　Fax: (412) 456-8135