## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carvel Anthony Redmond<br>Jacqueline S. Redmond<br><div align="right">Debtor(s)</div> | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br><div align="right">Movant</div><br>vs. | NO. 23-10302 AMC |
| Carvel Anthony Redmond<br>Jacqueline S. Redmond<br><div align="right">Debtor(s)</div> | |
| Scott F. Waterman<br><div align="right">Trustee</div> | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, this 14th day of June , 2023 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement with PENNYMAC LOAN SERVICES, LLC does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____

<div align="right">United States Bankruptcy Judge.</div>

cc: See attached service list

Carvel Anthony Redmond
1053 Granite Street
Phoiladelphia, PA 19124

Jacqueline S. Redmond
1053 Granite Street
Philadelphia, PA 19124

Michael D. Sayles Esq.
427 West Cheltenham Ave. (VIA ECF)
Elkins Park, PA 19027

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532