| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10302-AMC

Carvel Anthony Redmond                                           Petition Filed Date: 02/01/2023
Jacqueline S. Redmond                                            341 Hearing Date: 03/24/2023
1053 Granite Street                                              Confirmation Date:
Philadelphia  PA    19124

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | $200.00 | 47056781890 | 04/17/2023 | $200.00 | 19528209636 | 05/24/2023 | $200.00 | 19528210483 |
| 07/06/2023 | $200.00 | 109086395100 | | | | | | |

**Total Receipts for the Period: $800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC »» 001 | Unsecured Creditors | $579.42 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC »» 002 | Unsecured Creditors | $550.83 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $646.85 | $0.00 | $0.00 |
| 4 | MERRICK BANK »» 004 | Unsecured Creditors | $1,518.06 | $0.00 | $0.00 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,826.97 | $0.00 | $0.00 |
| 6 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 006 | Unsecured Creditors | $1,966.36 | $0.00 | $0.00 |
| 7 | COMCAST INC »» 007 | Unsecured Creditors | $113.19 | $0.00 | $0.00 |
| 8 | PHFA/HEMAP »» 008 | Secured Creditors | $6,165.10 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL »» 009 | Unsecured Creditors | $9,625.52 | $0.00 | $0.00 |
| 10 | CAPITAL ONE AUTO FINANCE »» 010 | Secured Creditors | $940.00 | $0.00 | $0.00 |
| 11 | PHILADELPHIA GAS WORKS »» 011 | Unsecured Creditors | $274.49 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $1,224.19 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $266.94 | $0.00 | $0.00 |
| 14 | CAPITAL ONE BANK (USA) NA »» 014 | Unsecured Creditors | $1,071.33 | $0.00 | $0.00 |
| 15 | PENNYMAC LOAN SERVICES LLC »» 015 | Secured Creditors | $106,113.09 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10302-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $1,256.79 | $0.00 | $0.00 |
| 17 | PECO ENERGY COMPANY<br>»» 017 | Unsecured Creditors | $145.24 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $987.46 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $940.83 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC<br>»» 020 | Unsecured Creditors | $5,404.88 | $0.00 | $0.00 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 021 | Secured Creditors | $36.80 | $0.00 | $0.00 |
| 22 | US DEPARTMENT OF HUD<br>»» 022 | Secured Creditors | $3,062.76 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $200.00 |
| Paid to Trustee: | $88.00 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $912.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.