# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carvel Anthony Redmond<br>         Jacqueline S. Redmond<br>                              Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>                              Movant<br>                 vs.<br><br>Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>                              Debtor(s)<br><br>Scott F. Waterman<br>                              Trustee | CHAPTER 13<br><br><br><br>NO. 23-10302 AMC<br><br><br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this  3rd  day of  January , 2024, at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on  Sept. 5, 2023  does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Carvel Anthony Redmond
1053 Granite Street
Phoiladelphia, PA 19124

Jacqueline S. Redmond
1053 Granite Street
Philadelphia, PA 19124

Michael D. Sayles
427 West Cheltenham Ave.
Elkins Park, PA 19027

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532