United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carvel Anthony Redmond  
Jacqueline S. Redmond  
    Debtors

Case No. 23-10302-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2024 00:35:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Jan 04 2024 00:17:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 3 |

KATIE HOUSMAN
    on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
    khousman@pkh.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti
    LT kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARK A. CRONIN
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MICHAEL D. SAYLES
    on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net
    michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

MICHAEL D. SAYLES
    on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net
    michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com,
    mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carvel Anthony Redmond<br>      Jacqueline S. Redmond<br>                    Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>                    Movant<br>      vs. | NO. 23-10302 AMC |
| Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>                    Debtor(s)<br>Scott F. Waterman<br>                    Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this **3rd** day of **January**, 2024, at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on **Sept. 5, 2023** does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                                                              United States Bankruptcy Judge.

cc: See attached service list

Carvel Anthony Redmond
1053 Granite Street
Phoiladelphia, PA 19124

Jacqueline S. Redmond
1053 Granite Street
Philadelphia, PA 19124

Michael D. Sayles
427 West Cheltenham Ave.
Elkins Park, PA 19027

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532