IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> CARVEL ANTHONY REDMOND, and JACQUELINE S. REDMOND, <br><br> Debtor, <br><br> NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION, FKA NISSAN-INFINITI LT, <br><br> Movant, <br><br> v. <br><br> CARVEL ANTHONY REDMOND, JACQUELINE S. REDMOND, and SCOTT F. WATERMAN, Trustee, <br>  Respondents. | Bankruptcy No. 23-10302-amc <br><br> Chapter 13 <br><br> Related to Docs. No. 36, 43 |

## PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Nissan Motor Acceptance Company LLC, FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1. On June 15, 2023, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 36.

2. On June 30, 2023, Carvel Anthony Redmond & Jacqueline S. Redmond (the "Debtors") filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 43.

3.      On June 15, 2023, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for July 19, 2023.

4.      On July 19, 2023, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

## RELIEF REQUESTED

5.      Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for Tuesday, February 14, 2024, at 11:00 am.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Nissan Motor Acceptance Company LLC, FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT*

Dated: January 22, 2024