IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> CARVEL ANTHONY REDMOND, and JACQUELINE S. REDMOND, <br><br> Debtor, <br><br> NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION, FKA NISSAN-INFINITI LT, <br><br> Movant, <br><br> v. <br><br> CARVEL ANTHONY REDMOND, JACQUELINE S. REDMOND, and SCOTT F. WATERMAN, Trustee, <br>     Respondents. | Bankruptcy No. 23-10302-amc <br><br> Chapter 13 <br><br> Related to Docs. No. 36, 43 |

## NOTICE OF HEARING DATE

    Nissan Motor Acceptance Company LLC, FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on June 15, 2023, at Docket No. 36.

    A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Ashley M. Chan on **Tuesday**, **February 14, 2024, at 11:00 A.M.** in Courtroom **#4**, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. #91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112

    *Counsel for Nissan Motor Acceptance Company LLC, FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT*