IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 23-10302-amc |
| CARVEL ANTHONY REDMOND, and JACQUELINE S. REDMOND, | Chapter 13 |
| Debtor, | Related to Docs. No. 36, 43 |
| NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION, FKA NISSAN-INFINITI LT, | |
| Movant, | |
| v. | |
| CARVEL ANTHONY REDMOND, JACQUELINE S. REDMOND, and SCOTT F. WATERMAN, Trustee, Respondents. | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that January 22, 2024, I served a copy of the Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay and the Notice of Hearing by electronic mail at the following addresses and service by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Carvel Anthony Redmond<br>Jacqueline S. Redmond<br>1053 Granite Street<br>Philadelphia, PA 19124 | MICHAEL D. SAYLES<br>Sayles and Associates<br>427 West Cheltenham Avenue, Suite #2<br>Elkins Park, PA 19027-3201 |
| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. #91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax: (412) 456-8135