IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>CARVEL ANTHONY REDMOND, and JACQUELINE S. REDMOND,<br><br>    Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION, FKA NISSAN-INFINITI LT,<br><br>    Movant,<br><br>        v.<br><br>CARVEL ANTHONY REDMOND, JACQUELINE S. REDMOND, and SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 23-10302-amc<br><br>Chapter 13<br><br>Document No. 36, 43 |

## ORDER OF COURT

AND NOW, this 11th day of April, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge