United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-10302-amc
Carvel Anthony Redmond Chapter 13
Jacqueline S. Redmond
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Jul 24, 2024      Form ID: 155      Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |
| 14753235 | + | Bryant State Bank, 2700 Cahaba Village Plaza, Birmingham, AL 35243-5953 |
| 14753250 | + | First Saving Bank, 301 Southern Indiana Avenue, Jeffersonville, IN 47130-3204 |
| 14753251 | | First Savings Credit Card, 1500 S. Highland Avenue, Sioux Falls, SD 57110 |
| 14753259 | + | OneMain, 3400 Aramingo Avenue, Philadelphia, PA 19134-4513 |
| 14760797 | + | Pennsylvania Housing Finance Agency / HEMAP, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg PA 17102-2392 |
| 14753271 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14753236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 01:20:58 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753240 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 25 2024 00:19:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14779816 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14761719 | + | Email/Text: documentfiling@lciinc.com | Jul 25 2024 00:18:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14753272 | | Email/Text: cfcbackoffice@contfinco.com | Jul 25 2024 00:19:00 | TBOM, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 14753237 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 01:23:06 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 14753238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 01:23:03 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14753239 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 25 2024 01:23:01 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14754549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 01:22:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14763756 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 01:34:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14765944 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 25 2024 01:22:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753241 | + | Email/Text: documentfiling@lciinc.com | Jul 25 2024 00:18:00 | Comcast, 1700 North 49th Street, Philadelphia, PA 19131-4791 |
| 14753242 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 00:19:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 00:19:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753245 | | Email/Text: BNSFN@capitalsvcs.com | Jul 25 2024 00:18:00 | First National Credit, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14753234 | | Email/Text: BNBLAZE@capitalsvcs.com | Jul 25 2024 00:18:00 | Blaze Credit Card, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14753233 | | Email/Text: BNBLAZE@capitalsvcs.com | Jul 25 2024 00:18:00 | Blaze Credit Card, PO box 2534, Omaha, NE 68103-2534 |
| 14753244 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2024 00:18:00 | First National Bank, 4140 E State Road, Hermitage, PA 16148-3401 |
| 14753246 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2024 00:46:31 | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0347 |
| 14753247 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2024 00:46:33 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14753248 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2024 00:44:43 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14753249 | + | Email/Text: bankruptcy@fsbbank.net | Jul 25 2024 00:19:00 | First Saving Bank, 702 North Shore Drive, Suite 300, Jeffersonville, IN 47130-3146 |
| 14753252 | | Email/Text: bankruptcy@hsn.net | Jul 25 2024 00:19:00 | HSN Credit Department, PO Box 9090, Clearwater, FL 33758-9090 |
| 14753253 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 25 2024 00:19:00 | Indigo-Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 14766069 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 01:21:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14758318 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 01:55:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14753254 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 00:44:38 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 14753255 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 00:44:35 | Merrick Bank, 10705 Jordan GTW, Suite 200, South Jordan, UT 84095-3977 |
| 14753256 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 01:55:16 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14753257 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 25 2024 00:19:00 | Milestone, PO Box 4477, Beaverton, OR 97076-4401 |
| 14753258 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 25 2024 00:18:00 | Nissan Motor Acceptance Corp., PO Box 740596, Cincinnati, OH 45274-0596 |
| 14759819 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 25 2024 00:18:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14763733 | + | Email/PDF: cbp@omf.com | Jul 25 2024 01:55:23 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771748 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 25 2024 00:19:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14753261 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 25 2024 00:19:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14753265 | | Email/Text: blegal@phfa.org | | |

Case 23-10302-amc   Doc 85   Filed 07/26/24   Entered 07/27/24 00:37:16   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 155 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 25 2024 00:19:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| 14754489 | ^ | MEBN | | |
| | | | Jul 25 2024 00:03:20 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753264 | ^ | MEBN | | |
| | | | Jul 25 2024 00:03:15 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14753266 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Jul 25 2024 00:19:00 | PHFA-HEMAP, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14773041 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 25 2024 00:46:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14753260 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jul 25 2024 00:19:00 | Peco, Bankruptcy Group, 100 Constitution Avenue, 2nd floor, Upper Darby, PA 19082-2230 |
| 14762173 | + | Email/Text: blegal@phfa.org | | |
| | | | Jul 25 2024 00:19:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14753262 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jul 25 2024 01:55:24 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14767337 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jul 25 2024 00:46:31 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14753263 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jul 25 2024 01:22:14 | Pennymac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 14764531 | ^ | MEBN | | |
| | | | Jul 25 2024 00:03:15 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14753268 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 25 2024 01:21:52 | Portfolio Recovery & Affilates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14757618 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 25 2024 00:19:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14773181 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 25 2024 00:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14753270 | | Email/Text: BNBSB@capitalsvcs.com | | |
| | | | Jul 25 2024 00:18:00 | Show Master Card, PO Box 5161, Sioux Falls, SD 57117-5161 |
| 14753476 | ^ | MEBN | | |
| | | | Jul 25 2024 00:03:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753273 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Jul 25 2024 00:18:00 | TBOM, PO Box 105555, Atlanta, GA 30348-5555 |
| 14753274 | | Email/Text: bknotice@upgrade.com | | |
| | | | Jul 25 2024 00:18:00 | Upgrade Inc, 275 Battery Street, 23 floor, San Francisco, CA 94111 |
| 14780250 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Jul 25 2024 01:23:06 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 14753275 | | Email/Text: megan.harper@phila.gov | | |
| | | | Jul 25 2024 00:19:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14753267 | ## | Portfolio Recovery, 287 Independence B, Virginia Beach, VA 23462-2962 |

14753269       ##+         Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KATIE HOUSMAN
on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com

KERI P EBECK
on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL D. SAYLES
on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

MICHAEL D. SAYLES
on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REGINA COHEN
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Carvel Anthony Redmond ) | Case No. 23−10302−amc | |
| ) | | |
| ) | | |
|   Jacqueline S. Redmond ) | Chapter: 13 | |
| ) | | |
|   Debtor(s). ) | | |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 24, 2024                                                                                   For The Court

                                                                                                         Ashely M. Chan
                                                                                                          Chief Judge, United States Bankruptcy Court