| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10302-AMC**

Carvel Anthony Redmond
Jacqueline S. Redmond
1053 Granite Street
Philadelphia  PA    19124

Petition Filed Date: 02/01/2023
341 Hearing Date: 03/24/2023
Confirmation Date: 07/24/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $200.00 | 1875792735 | 09/05/2023 | $200.00 | 19484068331 | 10/18/2023 | $200.00 | 19484068766 |
| 11/03/2023 | $200.00 | 109152359800 | 12/04/2023 | $200.00 | 19590401097 | 01/03/2024 | $200.00 | 109152361681 |
| 02/06/2024 | $200.00 | 19614516345 | 03/05/2024 | $200.00 | 19614118934 | 04/10/2024 | $200.00 | 19639501592 |
| 05/02/2024 | $200.00 | 19639237048 | 06/07/2024 | $310.00 | 19642168212 | 07/02/2024 | $310.00 | 19663456973 |
| 07/08/2024 | $70.00 | 19639236668 | | | | | | |

**Total Receipts for the Period:  $2,690.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $3,490.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $5,500.00 | $0.00 | $5,500.00 |
| 1 | QUANTUM3 GROUP LLC  »» 001 | Unsecured Creditors | $579.42 | $0.00 | $579.42 |
| 2 | QUANTUM3 GROUP LLC  »» 002 | Unsecured Creditors | $550.83 | $0.00 | $550.83 |
| 3 | QUANTUM3 GROUP LLC  »» 003 | Unsecured Creditors | $646.85 | $0.00 | $646.85 |
| 4 | MERRICK BANK  »» 004 | Unsecured Creditors | $1,518.06 | $0.00 | $1,518.06 |
| 5 | MERRICK BANK  »» 005 | Unsecured Creditors | $1,826.97 | $0.00 | $1,826.97 |
| 6 | NISSAN MOTOR ACCEPTANCE CORPORATION  »» 006 | Secured Creditors | $8,769.40 | $0.00 | $8,769.40 |
| 7 | COMCAST INC  »» 007 | Unsecured Creditors | $113.19 | $0.00 | $113.19 |
| 8 | PHFA/HEMAP  »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC  »» 009 | Unsecured Creditors | $9,625.52 | $0.00 | $9,625.52 |
| 10 | CAPITAL ONE AUTO FINANCE  »» 010 | Secured Creditors | $1,880.00 | $0.00 | $1,880.00 |
| 11 | PHILADELPHIA GAS WORKS  »» 011 | Unsecured Creditors | $274.49 | $0.00 | $274.49 |
| 12 | CAPITAL ONE BANK (USA) NA  »» 012 | Unsecured Creditors | $1,224.19 | $0.00 | $1,224.19 |
| 13 | LVNV FUNDING LLC  »» 013 | Unsecured Creditors | $266.94 | $0.00 | $266.94 |
| 14 | CAPITAL ONE BANK (USA) NA  »» 014 | Unsecured Creditors | $1,071.33 | $0.00 | $1,071.33 |

**Chapter 13 Case No. 23-10302-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENNYMAC LOAN SERVICES LLC »» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $1,256.79 | $0.00 | $1,256.79 |
| 17 | PECO ENERGY COMPANY »» 017 | Unsecured Creditors | $145.24 | $0.00 | $145.24 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $987.46 | $0.00 | $987.46 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $940.83 | $0.00 | $940.83 |
| 20 | QUANTUM3 GROUP LLC »» 020 | Unsecured Creditors | $5,404.88 | $0.00 | $5,404.88 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $36.80 | $0.00 | $36.80 |
| 22 | US DEPARTMENT OF HUD »» 022 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CAPITAL ONE AUTO FINANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | BLAZE CREDIT CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | BRYANT STATE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | CB INDIGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | COMENITY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | FIRST NATIONAL BANK OF PA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | FIRST NATIONAL BANK OF PA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | FIRST SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | FIRST SAVINGS CREDIT CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | CB INDIGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | MILESTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | ONE MAIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | SHOW MASTER CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | THE BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | UPGRADE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,490.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $0.00 | Arrearages: | $298.00 |
| Paid to Trustee: | $335.00 | Total Plan Base: | $18,026.00 |
| Funds on Hand: | $3,155.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.