IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Carvel Remond** | : | CHAPTER 13 |
| **Jacqueline Redmond** | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **23-10302\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certifies that the Chapter 13 Standing Trustee or any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

                                                Respectfully Submitted,

Dated: **November 12, 2024**    \s\ **Michael D. Sayles**
                                                Michael D. Sayles
                                                Attorney for Debtor
                                                427 W. Cheltenham Avenue
                                                Suite #2
                                                Elkins Park, PA 19027
                                                215.635.2270
                                                midusa1@comcast.net