UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Carvel A. Redmond**           :          CHAPTER 13
      **Jacqueline S. Redmond**     :
                                                            :
DEBTORS                                     :          BANKRUPTCY NO.: **23-10302\AMC**

## ORDER OF COURT

**AND NOW**, this ____14th____ day of ____November____ 2024, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge