

| | Date Range: | All time ▾ | | | | Bulk Actions ▾ | Add Time Entry |

| Total | Billable | Non-Billable | Invoiced | Un-Invoiced |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27.00 hour(s) | 27.00 hour(s) | 0.00 hour(s) | 0.00 hour(s) | 27.00 hour(s) |

Text Size − +

| | DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|---|
| ☐ | Oct 22, 2024 | ● email to client | 0.2 | re: mv arrears\COD | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Oct 11, 2024 | ● Notice to client | 0.1 | re: Discuss COD & Mortgage payments | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Sep 4, 2024 | ● phone call to client | 0.3 | re: mortgage & car payments issues | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jul 24, 2024 | ● download & review ECF | 0.1 | OOC: BK plan CF | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jul 24, 2024 | ● Email from Trustee's ofc | 0.1 | revise plan to be confirmed | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jul 23, 2024 | ● email to trustee's ofc | 0.1 | revised plan file 6\27. to be confirmed? | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jun 30, 2024 | ● email from client | 0.1 | remitted to trustee enhance payment from revise plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jun 25, 2024 | ● reviewed, prepared & ECF | 0.2 | third revise plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jun 25, 2024 | ● reviewed, prepared & ECF | 0.2 | ASCH I &J | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jun 20, 2024 | ● Email from Trustee's ofc | 0.1 | second revise plan ok. slight in figures | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jun 5, 2024 | ● download & review ECF | 0.1 | EOA & RFN: KLMO & substitution of counsel | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jun 3, 2024 | ● em to client | 0.1 | second revise plan: BK plan increase | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | May 14, 2024 | ● Email from Trustee's ofc | 0.1 | CF continued to 6\26 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | May 14, 2024 | ● reviewed, prepared & ECF | 0.3 | filing second revise plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | May 13, 2024 | ● email to trustee's ofc | 0.1 | will revise plan in accordance with concern Nissan's treatment in plan. | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | May 10, 2024 | ● email from opposing counsel | 0.1 | to Trustee: will revise POC | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | May 10, 2024 | ● Email from Trustee's ofc | 0.1 | to opposing atty re: Nissan: review POC: unsecured or arrears claim | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | May 7, 2024 | ● Email from Trustee's ofc | 0.1 | adjusted to plan: treatment of MV lease | $0.00/hr | $0.00 | Open | Michael Sayles |

| DATE | ACTION | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Apr 9, 2024 | ● download & review ECF | 0.1 | OOC: stip terms approved | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 8, 2024 | ● email from client | 0.1 | TX for update. will commence enhanced in May | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 8, 2024 | ● em to client | 0.1 | BK plan increase | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 8, 2024 | ● email from atty | 0.1 | continued HD: MFR: 4\24 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 8, 2024 | ● email to atty | 0.1 | consent to one week continuance | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 8, 2024 | ● email to opposing counsel. | 0.1 | will consent to adjournment for one week to executed stip. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 3, 2024 | ● Email from Trustee's ofc | 0.1 | CF continued to 5\15 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 2, 2024 | ● email to trustee's ofc | 0.1 | request continuance of CF for service of amended plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 2, 2024 | ● reviewed, prepared & ECF | 0.5 | revise amended plan CF | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 26, 2024 | ● email to atty | 0.1 | executed stipulation MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 18, 2024 | ● email from client | 0.1 | tendered payment 3\15 mail another payment in 7 days. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 11, 2024 | ● email from atty | 0.1 | revise stip & sign & return | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 28, 2024 | ● em to client | 0.1 | request updated income information | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● email from atty | 0.1 | MFR: continue to 3\13 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● email from atty | 0.1 | cc\f: atty: continue MFR hearing two weeks & revise stip. for attorney review | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● Email from Trustee's ofc | 0.1 | will CF for 2 weeks | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● email to trustee's ofc | 0.1 | MFR & CF scheduled tomorrow. working revise stip. & will amend. request continuance of CF hearing | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● email from atty | 0.1 | will request two-week continuance & revised stip | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● email to atty | 0.1 | request arrears rolled into plan. commence payment in March | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 27, 2024 | ● email from atty | 0.1 | updated payment figures for revised stip. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 26, 2024 | ● email from atty | 0.1 | status of MFR hearing 2\28? | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 26, 2024 | ● email to atty | 0.1 | no opposition to updating & revising stip. request continuance of hearing | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 21, 2024 | ● Email from Trustee's ofc | 0.1 | revise plan not ready for CF. outstanding issues | $0.00/hr | $0.00 | Open | Michael Sayles |

| DATE | ACTION | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Feb 13, 2024 | email from atty | 0.1 | MFR hearing continued for two weeks | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 13, 2024 | email from atty | 0.1 | will request two-week continuance | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 13, 2024 | email from atty | 0.1 | stip terms to be revise with update payments | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 12, 2024 | email from atty | 0.1 | atty no longer employed @Bernstein. never received stip. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 12, 2024 | email to atty | 0.1 | executed stip sufficient to resolve MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 9, 2024 | email from atty | 0.1 | proposed stip: resolve MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Feb 3, 2024 | email to atty | 0.1 | signed stip: resolve MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jan 22, 2024 | download & review ECF | 0.1 | praecipe to relist: MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jan 19, 2024 | US mail service of | 0.2 | prepared & mail all creditors listed on mailing matrix copy of plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jan 17, 2024 | ECF filing | 0.7 | reviewed, prepared & filed amended plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jan 3, 2024 | download & review ECF | 0.1 | OOC: loan mod terms granted | $0.00/hr | $0.00 | Open | Michael Sayles |
| Dec 11, 2023 | email to opposing counsel. | 0.1 | Debtor tendered 11 & 12\2024 car payments | $0.00/hr | $0.00 | Open | Michael Sayles |
| Dec 11, 2023 | Email from Trustee's ofc | 0.1 | TO made changes to stipulation terms | $0.00/hr | $0.00 | Open | Michael Sayles |
| Dec 5, 2023 | Telephone contact | 0.1 | re: cl mail out car payments & fc has not received yet | $0.00/hr | $0.00 | Open | Michael Sayles |
| Dec 1, 2023 | download & review ECF | 0.1 | CNR: Approve Partial Claim: Pennymac | $0.00/hr | $0.00 | Open | Michael Sayles |
| Nov 23, 2023 | email from client | 0.1 | car payment tendered 11\22 & 2 payments to be tendered in December 23. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Nov 16, 2023 | ECF: download & doc review | 0.1 | Motion to approve Partial Claim: Pennymac | $0.00/hr | $0.00 | Open | Michael Sayles |
| Nov 6, 2023 | email from atty | 0.1 | executed stipulation & em to Bernstein's office | $0.00/hr | $0.00 | Open | Michael Sayles |
| Nov 6, 2023 | Email from Trustee's ofc | 0.1 | will continue CF to 12\13 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Nov 6, 2023 | email to trustee's ofc | 0.1 | will f\u status of proposed stip. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Nov 2, 2023 | Email from Trustee's ofc | 0.1 | Nissan MFR settled, no stip filed yet | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 25, 2023 | Telephone consult | 0.1 | re: follow-up loan modification | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 20, 2023 | email from opposing counsel | 0.1 | proposed stip terms: nissan | $0.00/hr | $0.00 | Open | Michael Sayles |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Sep 19, 2023 | download & review ECF | 0.1 | NOMPC: Pennymac | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 12, 2023 | email from client | 0.1 | expect FEDX doc from mortgage co. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Aug 21, 2023 | Email from Trustee's ofc | 0.1 | amended plan to also address stip for Cap 1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Aug 21, 2023 | Email from Trustee's ofc | 0.1 | need amended plan to account for loan modification> will CHD to 9\27 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 20, 2023 | download & review ECF | 0.1 | APOC: PennyMac | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 13, 2023 | email to atty | 0.1 | proposed stip no received | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 13, 2023 | email from atty | 0.1 | Nissan agreeable to settle MFR by stip | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 30, 2023 | email from atty | 0.1 | confer with about propose stip. to settle MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 30, 2023 | email response to opposing counsel | 0.1 | MFR: Nissan: agree to stip. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 30, 2023 | email from atty | 0.1 | response to MFR received. resolve MFR by stip? | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 30, 2023 | ECF filing | 0.2 | response MFR: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 21, 2023 | em to client | 0.1 | MFR: delinquent car payments: HD: 7\19 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 15, 2023 | download & review ECF | 0.1 | MFR: Nissan Motor vehicle | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 13, 2023 | download & review ECF | 0.1 | CNR: PennyMac loan modification | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 5, 2023 | email from atty | 0.1 | unopposed to loan mod: PennyMac | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 25, 2023 | email from atty | 0.1 | HUD: partial is interest free & paid upon sale of property | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 23, 2023 | email from atty | 0.1 | explain partial claim of HUD | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 17, 2023 | download & review ECF | 0.1 | OOC: stip terms approved | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 15, 2023 | download & review ECF | 0.1 | proposed stip: MFR: Cap1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 11, 2023 | download & review ECF | 0.1 | review OBPCF: TO: claims not identified & treatment of secured & priority claims | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 11, 2023 | download & review ECF | 0.2 | PENNYMAC: Motion to approve loan modification | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 11, 2023 | document review | 0.1 | reviewed & signed propose stip: MFR: Cap 1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 10, 2023 | Email from Trustee's ofc | 0.1 | FMC minutes review & respond | $0.00/hr | $0.00 | Open | Michael Sayles |

| DATE | ACTION | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Apr 28, 2023 | ● email from atty | 0.1 | propose stip terms and conditions: MFR: Cap 1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 20, 2023 | ● email from other | 0.1 | Penny REP: approval of partial claim & loan mod | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 18, 2023 | ● EM to BK clerk | 0.1 | marked: MFR: CAP 1: resolved by stip | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 17, 2023 | ● email from atty | 0.1 | one tendered, one payment past due, anther due after MFR filed. resolve by stip? | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 17, 2023 | ● email to opposing counsel. | 0.1 | MFR: Debtors only one payment in arrears | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 16, 2023 | ● email from atty | 0.1 | resolve MFR by stip? | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 13, 2023 | ● email from atty | 0.1 | post petition payment. last payment received 3\31 in amount of 470. resolve motion by stip? | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 12, 2023 | ● download & review ECF | 0.1 | POC: Quantum#20 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 12, 2023 | ● download & review ECF | 0.1 | POC: PRA#19 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 12, 2023 | ● download & review ECF | 0.1 | POC-PRA#18 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 12, 2023 | ● email to atty | 0.1 | Debtor indicates that one payment was tendered | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 12, 2023 | ● email from atty | 0.1 | recite Post-petiton arrears ($940.00) , next payment 5\5 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 12, 2023 | ● em to client | 0.1 | offer to settle MFR: 6 month stip & add arrears to plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 11, 2023 | ● email from atty | 0.1 | proposal to settle MFR: Cap1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 11, 2023 | ● download & review ECF | 0.3 | prepared & ECF filed: response: MFR: Cap1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 6, 2023 | ● POC filed | 0.1 | POC: PECOI | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 4, 2023 | ● em to client | 0.1 | Notice: HD; MFR: 4\19 @11: via TCC | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 31, 2023 | ● POC filed | 0.1 | POC: LVNV#16 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 30, 2023 | ● download & review ECF | 0.1 | POC: Capital One Auto#10-1 | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 27, 2023 | ● download & review ECF | 0.1 | MFR: Capital One Auto | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 24, 2023 | ● videoconference (zoom) | 0.5 | attended fmc | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 24, 2023 | ● download & review ECF | 0.2 | POC: PennyMac: mortgage | $0.00/hr | $0.00 | Open | Michael Sayles |
| Mar 23, 2023 | ● em to client | 0.1 | zoom videoconference info | $0.00/hr | $0.00 | Open | Michael Sayles |

| | DATE | ACTION | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|---|
| ☐ | Mar 23, 2023 | ● Email from Trustee's ofc | 0.1 | videoconference info: FMC: 3\24 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 23, 2023 | ● ECF filing | 0.2 | amended sch A\B, C, & G filed | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 22, 2023 | ● email from client | 0.1 | appt confirmed: 3\23 @ 5 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 22, 2023 | ● em to client | 0.1 | confirm BK review 3\23 @ 5 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 21, 2023 | ● email from client | 0.1 | BK schedules received & schedule review prior to FMC | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 21, 2023 | ● Email from Trustee's ofc | 0.1 | FMC meeting requirements | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 20, 2023 | ● download & review ECF | 0.1 | POC: Cap 1: #14 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 18, 2023 | ● download & review ECF | 0.1 | POC: LVNV | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 17, 2023 | ● download & review ECF | 0.1 | POC: Cap 1-#:12 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 17, 2023 | ● Email from Trustee's ofc | 0.1 | upload Debtor's DAS | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 17, 2023 | ● em to client | 0.1 | copy of bankruptcy Petition & schedules for review | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 17, 2023 | ● uploaded to Trustee's ofc. | 0.3 | FMC required docs | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 16, 2023 | ● upload FMC docs | 0.1 | redacted DAS | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 16, 2023 | ● email from client | 0.1 | FMC docs | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 15, 2023 | ● email from client | 0.1 | FEDTXR | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 15, 2023 | ● download & review ECF | 0.1 | POC: PGW | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 15, 2023 | ● ecf filed | 0.1 | employee income records -wife | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 15, 2023 | ● review & prepare BK petition | 0.2 | ECF filing: ASCH A\B | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 9, 2023 | ● download & review ECF | 0.1 | POC: OneMain | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 4, 2023 | ● download & review ECF | 0.2 | POC: PHFA-HEMAP | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Mar 1, 2023 | ● download & review ECF | 0.1 | POC: Comcast | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 28, 2023 | ● download & review ECF | 0.1 | EOA &RFN: Purcell ofc for HEMAP | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 27, 2023 | ● email response | 0.1 | debtor will have all documents require for FMC | $0.00/hr | $0.00 | Open | Michael Sayles |

| | DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|---|
| ☐ | Feb 27, 2023 | ● em to client | 0.1 | Notice: HD: FMC: 3\24\23 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 27, 2023 | ● em to client | 0.1 | express some difficulty making all required payments | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 27, 2023 | ● em to client | 0.2 | commence BK plan payments, mortgage & car note payments | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 23, 2023 | ● download & review ECF | 0.1 | POC: Nissan | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 23, 2023 | ● download & review ECF | 0.1 | Notice of Bankruptcy Case: FMC & CF & Deadlines | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 17, 2023 | ● download & review ECF | 0.1 | POC-Merrick Bank# 4 &5 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 17, 2023 | ● ecf filed | 0.2 | prepared & EFC filed revised BK plan | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 17, 2023 | ● download & review ECF | 0.2 | POC- Quantum, #2 & #3 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 17, 2023 | ● ecf filed | 0.2 | BK schedules | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 16, 2023 | ● interview follow-up | 0.3 | review & sign BK schedules | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 16, 2023 | ● prepare bankruptcy schedules for ECF filing | 1.5 | document prep | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 16, 2023 | ● internet search | 0.2 | comp values for Debtor residence & MV | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 16, 2023 | ● email to client | 0.1 | request arrears amount for both motor vehicles | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 7, 2023 | ● download & review ECF | 0.1 | Request for Notices: Cap One auto | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 7, 2023 | ● email from opposing counsel | 0.1 | receipt acknowledged of BK filing | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 7, 2023 | ● email to client | 0.1 | Notice of BK case filing | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 6, 2023 | ● download & review ECF | 0.1 | EOA &RFN: KML: re: Pennymac | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 2, 2023 | ● US mail service of | 0.3 | BK petition to creditors list on mailing matrix | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 2, 2023 | ● download & review ECF | 0.1 | deficiency document notice: DD: 2\15\23 | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 1, 2023 | ● email from other | 0.1 | sent Notice of BK to Nissan to prevent repo of MV | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 1, 2023 | ● em to client | 0.1 | send Bk filing info | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 1, 2023 | ● ECF filing | 0.2 | BK petition & mailing matrix filed | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Feb 1, 2023 | ● filed ERBK | 0.2 | filed BK petition, matrix, credit counseling certificate | $0.00/hr | $0.00 | Open | Michael Sayles |

| | DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|---|
| ☐ | Feb 1, 2023 | ● email from client | 0.1 | Bk info is complete & accurate. will schedule appt to sign BK petition | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● appt: follow-up, review & sign petition | 0.3 | husband & wife appeared & tendered atty fees & costs | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● email from client | 0.1 | list of creditor is complete & personal info is accurate | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● em to client | 0.1 | add creditors & sent revised list of creditors | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● email from client | 0.1 | acct number Show Master & Milestone creditors | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● email from client | 0.1 | also add One Main to BNK | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● email from client | 0.1 | add spouse's vehicle to petition | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 31, 2023 | ● email from client | 0.1 | utility companies omitted, please add to BK | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 30, 2023 | ● email from client | 0.1 | add spouses vehicle to list of creditors | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 30, 2023 | ● em to client | 0.1 | for review BK Petition & mailing matrix | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 30, 2023 | ● Document Preparation | 0.5 | prepared BK Petition & entered creditor info for mailing matrix | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 30, 2023 | ● consultation follow-up | 0.4 | received requested docs & answer additional questions re: BK | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 25, 2023 | ● email from client | 0.1 | have all required documents & schedule follow up appt. | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 13, 2023 | ● download & review | 0.3 | with clients permission, pulled creditor reports for both | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 12, 2023 | ● ECF search | 0.1 | prior BK case & numbers | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 12, 2023 | ● internet search | 0.5 | internet search for valuation for motor vehicle & residence, civil docket search for judgment & lien | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 12, 2023 | ● zoom video consult | 1.9 | initial BK interview, downloaded & review credit reports for H & W | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 12, 2023 | ● em to client | 0.1 | sent zoom invitation to initial consultation | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 11, 2023 | ● em to client | 0.2 | credit certificates received, need monthly statements for all creditors, will pull credit reports for each. Schedule appt once all requested info is available | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 11, 2023 | ● email from client | 0.1 | confirm Credit counseling website | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 10, 2023 | ● em to client | 0.1 | provided credit counseling info | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 10, 2023 | ● email from client | 0.1 | request info for credit counseling course | $0.00/hr | $0.00 | Open | Michael Sayles |
| ☐ | Jan 10, 2023 | ● em to client | 0.1 | info need to file BK & prevent mv repo | $0.00/hr | $0.00 | Open | Michael Sayles |