*Form 167* (1/25)–doc 130 – 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Carvel Anthony Redmond )<br>)<br>)<br>   Jacqueline S. Redmond )<br>)<br>  Debtor(s). ) | Case No. 23–10302–amc<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Capital One Auto Finance, a division of Capital One, N.A. Filed by Carvel Anthony Redmond, Jacqueline S. Redmond

on: 10/29/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: October 15, 2025

For The Court

Mohung Wong
Clerk of Court