United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10302-amc |
| Carvel Anthony Redmond | Chapter 13 |
| Jacqueline S. Redmond | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2025 01:08:26 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

**Name            Email Address**

DENISE ELIZABETH CARLON
                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

ELIZA GARIFULLINA

on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com

KATIE HOUSMAN
    on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
    on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net midusa1@outlook.com

MICHAEL D. SAYLES
    on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net midusa1@outlook.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation mclark@pincuslaw.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI J. SMITH
    on behalf of Creditor Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT ssmith@stradley.com, amautz@pincuslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

Form 167 (1/25)−doc 130 − 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Carvel Anthony Redmond ) | Case No. 23−10302−amc | |
| ) | | |
| ) | | |
|   Jacqueline S. Redmond ) | Chapter: 13 | |
| ) | | |
|     Debtor(s). ) | | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Capital One Auto Finance, a division of Capital One, N.A.
Filed by Carvel Anthony Redmond, Jacqueline S. Redmond

on: 10/29/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: October 15, 2025                                             For The Court

                                                                                                                                                  Mohung Wong
                                                                                                                                                  Clerk of Court