UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Carvel Redmond**         :
      **Jacqueline Redmond**    :      CHAPTER 13
                                             :
                                             :
      DEBTOR                       :      Bankruptcy No.: **23-10302\amc**

**PRAECIPE OF DEBTOR TO WITHDRAW**
**RESPONSE TO CERTIFICATION OF DEFAULT**

To the Clerk, United States Bankruptcy Court:

Kindly withdraw Debtor's Praecipe to Withdraw Response to Certification of Default

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: October 28, 2025