United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10302-amc
Carvel Anthony Redmond  Chapter 13
Jacqueline S. Redmond
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 5
Date Rcvd: Oct 30, 2025  Form ID: pdf900  Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |
| 14753235 | + | Bryant State Bank, 2700 Cahaba Village Plaza, Birmingham, AL 35243-5953 |
| 15048307 | + | Capital One Auto Finance, c/o Eliza Garifullina, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |
| 14753250 | + | First Saving Bank, 301 Southern Indiana Avenue, Jeffersonville, IN 47130-3218 |
| 14753251 | | First Savings Credit Card, 1500 S. Highland Avenue, Sioux Falls, SD 57110 |
| 14753259 | + | OneMain, 3400 Aramingo Avenue, Philadelphia, PA 19134-4513 |
| 14760797 | + | Pennsylvania Housing Finance Agency / HEMAP, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg PA 17102-2392 |
| 14753271 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2025 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Oct 31 2025 00:26:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14753236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:35:35 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753240 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 31 2025 00:26:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14779816 | | Email/Text: megan.harper@phila.gov | Oct 31 2025 00:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14761719 | + | Email/Text: documentfiling@lciinc.com | Oct 31 2025 00:25:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14753272 | | Email/Text: cfcbackoffice@contfinco.com | Oct 31 2025 00:26:00 | TBOM, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 14753237 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:38:20 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 14753238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:23:45 | Capital One, PO Box 31293, Salt Lake City, UT |

Case 23-10302-amc   Doc 138   Filed 11/01/25   Entered 11/02/25 00:37:20   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 14753239 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 31 2025 00:36:41 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14754549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2025 00:23:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14763756 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2025 00:24:41 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14765944 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2025 00:35:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753241 | + | Email/Text: documentfiling@lciinc.com | Oct 31 2025 00:25:00 | Comcast, 1700 North 49th Street, Philadelphia, PA 19131-4791 |
| 14753242 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753245 | | Email/Text: BNSFN@capitalsvcs.com | Oct 31 2025 00:25:00 | First National Credit, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14753234 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 31 2025 00:25:00 | Blaze Credit Card, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14753233 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 31 2025 00:25:00 | Blaze Credit Card, PO box 2534, Omaha, NE 68103-2534 |
| 14753244 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 31 2025 00:25:00 | First National Bank, 4140 E State Road, Hermitage, PA 16148-3401 |
| 14753246 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 31 2025 00:35:30 | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0347 |
| 14753247 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 31 2025 00:23:49 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14753248 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 31 2025 00:37:30 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14753249 | + | Email/Text: bankruptcy@fsbbank.net | Oct 31 2025 00:26:00 | First Saving Bank, 702 North Shore Drive, Suite 300, Jeffersonville, IN 47130-3146 |
| 14753252 | | Email/Text: bankruptcy@hsn.net | Oct 31 2025 00:26:00 | HSN Credit Department, PO Box 9090, Clearwater, FL 33758-9090 |
| 14753253 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 31 2025 00:26:00 | Indigo-Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 14766069 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 00:23:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14758318 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2025 00:37:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14753254 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2025 00:24:41 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 14753255 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2025 00:23:46 | Merrick Bank, 10705 Jordan GTW, Suite 200, South Jordan, UT 84095-3977 |
| 14753256 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2025 00:23:49 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14753257 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 31 2025 00:26:00 | Milestone, PO Box 4477, Beaverton, OR 97076-4401 |
| 14753258 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 31 2025 00:25:00 | Nissan Motor Acceptance Corp., PO Box 740596, Cincinnati, OH 45274-0596 |

Case 23-10302-amc   Doc 138   Filed 11/01/25   Entered 11/02/25 00:37:20   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 14759819 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 31 2025 00:25:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14763733 | + | Email/PDF: cbp@omf.com | Oct 31 2025 00:23:52 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771748 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2025 00:26:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14753261 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2025 00:26:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14753265 | | Email/Text: blegal@phfa.org | Oct 31 2025 00:26:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| 14754489 | ^ | MEBN | Oct 31 2025 00:19:16 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753264 | ^ | MEBN | Oct 31 2025 00:19:11 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14753266 | + | Email/Text: bncnotifications@pheaa.org | Oct 31 2025 00:26:00 | PHFA-HEMAP, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14773041 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2025 00:37:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14753260 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2025 00:26:00 | Peco, Bankruptcy Group, 100 Constitution Avenue, 2nd floor, Upper Darby, PA 19082-2230 |
| 14762173 | + | Email/Text: blegal@phfa.org | Oct 31 2025 00:26:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14753262 | + | Email/PDF: ebnotices@pnmac.com | Oct 31 2025 00:49:17 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14767337 | + | Email/PDF: ebnotices@pnmac.com | Oct 31 2025 00:38:17 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14753263 | | Email/PDF: ebnotices@pnmac.com | Oct 31 2025 00:24:47 | Pennymac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 14764531 | ^ | MEBN | Oct 31 2025 00:19:12 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14753268 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2025 00:38:28 | Portfolio Recovery & Affilates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14757618 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2025 00:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14773181 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2025 00:26:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14753270 | | Email/Text: BNBSB@capitalsvcs.com | Oct 31 2025 00:25:00 | Show Master Card, PO Box 5161, Sioux Falls, SD 57117-5161 |
| 14753476 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2025 00:37:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753273 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 31 2025 00:25:00 | TBOM, PO Box 105555, Atlanta, GA 30348-5555 |
| 14753274 | | Email/Text: bknotice@upgrade.com | Oct 31 2025 00:25:00 | Upgrade Inc, 275 Battery Street, 23 floor, San Francisco, CA 94111 |
| 14780250 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 31 2025 00:38:35 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 14753275 | | Email/Text: megan.harper@phila.gov | Oct 31 2025 00:26:00 | Water Revenue Bureau, Philadelphia Department |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf900 | Total Noticed: 66 |

of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753267 | ## | Portfolio Recovery, 287 Independence B, Virginia Beach, VA 23462-2962 |
| 14753269 | ##+ | Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net  midusa1@outlook.com |
| MICHAEL D. SAYLES | on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net  midusa1@outlook.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation mclark@pincuslaw.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf900 | Total Noticed: 66 |

SHERRI J. SMITH
    on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT ssmith@stradley.com, amautz@pincuslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Carvel Redmond** ) | | Chapter 13 |
| **Jacqueline Redmond** ) | | |
| ) | | |
| ) | | |
| Debtor ) | | Bankruptcy. No. **23-10302\amc** |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: Oct. 30, 2025

_____
Honorable Ashely M. Chan
U.S. BANKRUPTCY JUDGE