*Form 242* (3/23)–doc 140 – 139

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Carvel Anthony Redmond ) | Case No. 23–10302–amc |
| ) | |
| ) | |
|    Jacqueline S. Redmond ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [139] Proposed Order

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☑ Other: Incorrect event code used; docket event does not match pdf

In order for this matter to proceed, please submit the above noted correction on or before November 28, 2025, otherwise, the matter will be referred to the Court.

Date: November 13, 2025

For The Court

Mohung Wong
Clerk of Court