United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carvel Anthony Redmond  
Jacqueline S. Redmond  
    Debtors

Case No. 23-10302-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: 242 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: 242 | Total Noticed: 1 |

**MICHAEL D. SAYLES**
    on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net midusa1@outlook.com

**MICHAEL D. SAYLES**
    on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net midusa1@outlook.com

**MICHAEL JOHN CLARK**
    on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation mclark@pincuslaw.com brausch@pincuslaw.com

**REGINA COHEN**
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

**SCOTT F. WATERMAN [Chapter 13]**
    ECFMail@ReadingCh13.com

**SHERRI J. SMITH**
    on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT ssmith@stradley.com, amautz@pincuslaw.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 242* (3/23)−doc 140 − 139

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Carvel Anthony Redmond<br><br>  Jacqueline S. Redmond<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−10302−amc<br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [139] Proposed Order

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☑ Other: Incorrect event code used; docket event does not match pdf

In order for this matter to proceed, please submit the above noted correction on or before November 28, 2025, otherwise, the matter will be referred to the Court.

Date: November 13, 2025

For The Court

Mohung Wong
Clerk of Court