IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Carvel Redmond** | : | CHAPTER 13 |
| **Jacqueline Redmond** | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **23-10302\AMC** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Supplemental Application for Compensation.

Date: **December 30, 2025**          Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
PO Box 11222
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net