United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10302-amc |
| Carvel Anthony Redmond | Chapter 13 |
| Jacqueline S. Redmond | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carvel Anthony Redmond, Jacqueline S. Redmond, 1053 Granite Street, Philadelphia, PA 19124-1821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

ELIZA GARIFULLINA
     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com

KATIE HOUSMAN
     on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com

KERI P EBECK
     on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**MICHAEL D. SAYLES**
    on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net  midusa1@outlook.com

**MICHAEL D. SAYLES**
    on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net  midusa1@outlook.com

**MICHAEL JOHN CLARK**
    on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation mclark@pincuslaw.com  brausch@pincuslaw.com

**REGINA COHEN**
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

**SCOTT F. WATERMAN [Chapter 13]**
    ECFMail@ReadingCh13.com

**SHERRI J. SMITH**
    on behalf of Creditor Nissan Motor Acceptance Company LLC  FKA Nissan Motor Acceptance Corporation, FKA Nissan-Infiniti LT ssmith@stradley.com, amautz@pincuslaw.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Carvel Redmond** | ) | Chapter 13 |
| **Jacqueline Redmond** | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Bankruptcy. No. **23-10302\amc** |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Supplemental Application for Compensation for services performed after confirmation of Chapter 13 plan, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $1,750.00 |
| Amounts already paid by Debtor: | $-0- |
| Total amount of award: | **$1,750.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: Jan. 6, 2026

_____
Bankruptcy Judge